**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**AURLIEAS D. MCCLARTY,**

    **Plaintiff,**

**v.**                                                      **Case No. 5:25-cv-206-AW-MJF**

**B. PADGHAM, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Aurlieas McClarty, a pro se prisoner, sued eight defendants. The magistrate judge recommends dismissal based on McClarty's failure to accurately disclose his litigation history. ECF No. 4. McClarty filed no objection to the magistrate judge's report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. Dismissal is appropriate based on McClarty's failure to comply with this court's local rules by failing to accurately disclose his litigation history. *See McNair v. Johnson*, 143 F.4th 1301, 1308 (11th Cir. 2025) ("Dismissal without prejudice was an appropriate exercise of the district court's inherent authority to manage its docket and enforce the local rules. [Plaintiff] violated the local rules by failing to disclose his full litigation history, as required by the duly adopted standard complaint form.").

1

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with the court's rules." The clerk will then close the file.

SO ORDERED on September 19, 2025.

s/ *Allen Winsor*
Chief United States District Judge